UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSI ASSIGNMENTS, LLC, | CV 18-7500 PA (AGRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| LABOR READY, INC., et al., | |
| Defendant. | |

In accordance with the Court's December 3, 2018 minute order dismissing the claim of DSI Assignments, LLC ("Plaintiff"), it is ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's claim is dismissed with prejudice; and
2. Defendant shall have its costs of suit.

DATED: December 3, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE